**No. 50192.**—Protests 108817–K, etc., of Dal, Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50193.**—Protests 108253–K, etc., of Balfour, Guthrie & Co., Ltd., et al. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 17, 1945

**No. 50194.**—Protests 925493–G, etc., of Raura & Forgas, Inc. (New York).

Opinion by KEEFE, J. From an examination of the entry papers and the records the court was unable to find anything sufficient to overcome the action of the collector which is presumptively correct. The protests were therefore overruled.

**No. 50195.**—Protests 11997–K, etc., of Agash Refining Co. (New York).

Opinion by KEEFE, J. From an examination of the entry papers and the records the court was unable to find anything sufficient to overcome the action of the collector which is presumptively correct. The protests were therefore overruled.

**No. 50196.**—Protests 54372–K, etc., of Acme Clothing Co. et al. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

**No. 50197.**—Protests 58666–K, etc., of Stanley Brown et al. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided

February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

No. 50198.—Protests 73248–K, etc., of Alpha Lux Co. et al. (Philadelphia, etc.).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

BEFORE THE SECOND DIVISION, MAY 19, 1945

No. 50199.—Protests 942409–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consist of hats or hoods composed of ramie and cellophane the same in all material respects as those involved in Abstract 47291, which record was admitted in evidence herein. In accordance therewith the items in question were held dutiable as claimed.

No. 50200.—Protest 15488–K of J. Zimmermann Co. (New York).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consist of hemp knotted straw hats the same in all material respects as those involved in Abstract 46497, which record was admitted in evidence herein. In accordance therewith the items in question were held dutiable as claimed.

BEFORE THE THIRD DIVISION, MAY 19, 1945

No. 50201.—Protests 946210–G, etc., of Balfour, Guthrie & Co., Ltd. (Boston, etc.).

Opinion by KEEFE, J. Inasmuch as it appeared that certain of the protests were duplicate protests as to the entries mentioned, motion to dismiss was granted.